1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JOSEPH JESUS ORTEGA,                    Case No. CV 15-01731 CJC (AFM)

12              Petitioner,

13       v.                                 **ORDER ACCEPTING FINDINGS AND
                                            RECOMMENDATIONS OF UNITED
14  NIEL McDOWELL, Warden,                  STATES MAGISTRATE JUDGE**

15              Respondent.

16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

18  file and the Report and Recommendation of United States Magistrate Judge.  No

19  objections to the Report have been filed herein.  The Court accepts the findings and

20  recommendations of the Magistrate Judge.

21       IT THEREFORE IS ORDERED that (1) the Report and Recommendation of

22  the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered

23  denying the Petition and dismissing the action with prejudice.

24

25  DATED:  January 29, 2016

26                                          _____

27                                          CORMAC J.CARNEY
                                            UNITED STATES DISTRICT JUDGE

28