# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JESUS ORTEGA,<br><br>　　　　　　Petitioner,<br>　　v.<br>NIEL McDOWELL, Warden,<br><br>　　　　　　Respondent. | Case No. CV 15-01731 CJC (AFM)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 29, 2016

_____
　　　　CORMAC J. CARNEY
　　UNITED STATES DISTRICT JUDGE